MICHAEL N. FEUER, City Attorney (SBN 111529X)
DAVID J. MICHAELSON, Chief Assistant City Attorney
TAYLOR C. WAGNIERE, Deputy City Attorney (SBN 293379)
KABIR CHOPRA, Deputy City Attorney (SBN 285383)
PATRICK HAGAN, Deputy City Attorney (SBN 266237)
221 N. Figueroa St., Suite 1245
Los Angeles, California 90012
Telephone: (408) 616-0621
patrick.hagan@lacity.org

Attorneys for Defendants
CITY OF LOS ANGELES, which includes
LOS ANGELES DEPARTMENT OF CANNABIS
REGULATION; AND MICHELLE GARAKIAN,
in her official capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARISCITE, INC. AND KENNETH GAY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF CANNABIS REGULATION; AND MICHELLE GARAKIAN, <br><br> Defendants, | Case No.: 2:22-cv-08685-SPG-SK <br><br> Hon. Sherilyn Peace Garnett <br><br> **DECLARATION OF JESSE FRIERSON IN SUPPORT OF OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF JESSE FRIERSON**

I, Jesse Frierson, do hereby declare:

1. I am an individual who is designated as a Social Equity Individual Applicant ("SEIA") pursuant to the Social Equity Program administered by the City of Los Angeles's ("City") Department of Cannabis Regulation ("DCR"), a defendant in the above-captioned matter.

2. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called and sworn as a witness.

3. I am submitting this declaration in opposition to any effort to stall or delay the City's upcoming Phase 3 Retail Round 2 ("P3RR2") Lottery, which I understand is planned for December 2022. As a SEIA, I am able to participate in the P3RR2 Lottery if and when it proceeds.

4. In order to comply with the regulatory requirements for the City's cannabis licensing scheme, I have entered into an agreement to hold the property at 7542-7544 Balboa Blvd. in Van Nuys. As part of that agreement, I was obligated to put up ten thousand dollars ($10,000.00) of my own funds to reserve the property.

5. I had anticipated making a profit from my ten thousand dollar investment after the Lottery is held, if I receive a retail license. However, if the Lottery does not proceed in December 2022, I will lose that investment with no means of recouping it.

6. Moreover, state law requires me to obtain a license from the California Department of Cannabis Control ("DCC"). DCC requires provisional license applications to show that local compliance is underway. DCC has a deadline of March 31, 2022 to submit a provisional license application. If I don't submit a provisional license application showing that local compliance is underway (*i.e.*, that I have a license or other approval from DCR), I will not be able to proceed with any retail sales under state law for at least one year, when I can submit a complete application to DCC in 2024.

7. I am therefore asking the Court **not** to halt or delay the City's P3RR2 Lottery.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Date: November 19, 2022

_____