UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-08685-SPG(SKx) | Date | March 29, 2023 |
| Title | Variscite, Inc. et al v. City of Los Angeles et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Terri Hourigan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Christian Kernkamp | Kabir Chopra<br>Patrick Hagan |

**Proceeding:**    Motion to Dismiss [25]

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order to issue.

:   15

Initials of Preparer    PG