1  Jeffrey M. Jensen (SBN 262710)
   jeff@jensen2.com
2  JEFFREY M. JENSEN, PC
   9903 Santa Monica Blvd., #890
3  Beverly Hills, CA 90212
   Tel: (310) 909-7043
4
5  Christian Elias Kernkamp (SBN 314928)
   ck@kernkamplaw.com
   KERNKAMP LAW, APC
6  1801 Century Park E 24 FL
   Los Angeles, CA 90067
7  Tel: (213) 214-3030
8  Attorneys for Plaintiffs
   Variscite, Inc. and Kenneth Gay
9

10

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIOFORNIA

14

| | |
|---|---|
| 15  VARISCITE, INC. AND KENNETH GAY, | Case No. 2:22-cv-08685-SPG-SK |
| 16           Plaintiffs, | Hon. Sherilyn Peace Garnett |
| 17       v. | **PLAINTIFFS' BRIEF IN RESPONSE TO COURT ORDER [DKT. #59]** |
| 18  CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF CANNABIS REGULATION; AND MICHELLE GARAKIAN, | |
| 19 | |
| 20 | |
| 21           Defendants. | |

Based on the litigation in this case to date, Plaintiffs anticipate that the Court will stay the case pending the resolution of the appeal in *Peridot Tree WA, Inc. v. Washington State Liquor and Cannabis Control Board*, et al. 24-3481 (9th Cir.).

As this case has been pending for nearly two years, and Defendants have argued the requirements of a California Cannabis Arrest or Conviction and of residence in a Disproportionately Impacted Area do not violate the dormant Commerce Clause, Plaintiffs would prefer to begin discovery on the disparate impact of those requirements on out-of-state applicants.

Nevertheless, anticipating that the Court will stay this action, Plaintiffs ask that if the Ninth Circuit holds that the dormant Commerce Clause does not apply to cannabis licenses, the Court maintain the stay until the certiorari process has ended to avoid a potentially unnecessary appeal of this case to the Ninth Circuit.

DATED: September 25, 2024     JEFFREY M. JENSEN, PC

By: _____/s/ Jeffrey M. Jensen_____
Jeffrey M. Jensen
Attorney for plaintiffs Variscite, Inc. and Kenneth Gay

DATED: September 25, 2024     KERNKAMP LAW APC

By: _____/s/ Christian Kernkamp_____
Christian Kernkamp
Attorney for plaintiff Variscite, Inc. and Kenneth Gay