HYDEE FELDSTEIN SOTO, City Attorney
TAYLOR C. WAGNIERE, Deputy City Attorney (SBN 293379)
KABIR CHOPRA, Deputy City Attorney (SBN 285383)
PATRICK HAGAN, Deputy City Attorney (SBN 266237)
221 N. Figueroa St., Suite 1245
Los Angeles, California 90012
Telephone: (408) 616-0621
patrick.hagan@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES, which includes
LOS ANGELES DEPARTMENT OF CANNABIS
REGULATION; AND MICHELLE GARAKIAN,
in her official capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARISCITE, INC. AND KENNETH GAY, <br><br> Plaintiffs, <br> v. <br><br> CITY OF LOS ANGELES; LOS ANGELES DEPARTMENT OF CANNABIS REGULATION; AND MICHELLE GARAKIAN, <br><br> Defendants, | Case No.: 2:22-cv-08685-SPG-SK <br><br> Hon. Sherilyn Peace Garnett <br><br> **OBJECTIONS TO REPLY IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY** <br><br> Date: Oct. 23, 2024 <br> Time: 1:30 p.m. <br> Location: 5C |

Defendant City of Los Angeles, which includes the Los Angeles Department of Cannabis Regulation, and Michelle Garakian, in her official capacity (collectively "City") hereby interposes the following objections[1] to the Reply in Support of Motion for Expedited Discovery [ECF No. 66] filed by Plaintiffs Variscite, Inc. and Kenneth Gay ("Variscite"):

1. Variscite's reply is 2 pages over the 15-page limit prescribed by the Court's Standing Order, without an application for permission to file an oversized brief and without good cause shown, after already filing an opening brief that likewise violated the Court's page limits without good cause.

2. Variscite's reply includes a new Declaration of Jeffrey Jensen [ECF No. 66-1] that was not included with Variscite's moving papers, in response to the City's argument in its Opposition that "Variscite's contention does not include a citation to a declaration, rendering it worthless here." Opp. at 19 [ECF No. 65]. Variscite presents no good reasons why its declaration could not have been included in its moving papers.

The City requests that the Court strike the two offending pages from Variscite's reply and the new Jensen Declaration in its entirety. *See Townsend v. Monster Beverage Corp.*, 303 F. Supp. 3d 1010, 1027 (C.D. Cal. 2018) ("New evidence submitted as part of a reply is improper because it does not allow the defendant an adequate opportunity to respond.") (internal quotation marks omitted); *United States v. Martinez-Leon*, 565 F. Supp. 2d 1131, 1132 n.1 (C.D. Cal. 2008) (declining to consider declaration submitted with reply brief as "improperly presented"); *Schwartz v. Upper Deck Co.*, 183 F.R.D. 672, 682 (S.D. Cal. 1999) ("It is well accepted that [the] raising of new issues and submission of new facts in [a] reply brief is improper.") (internal quotation marks omitted).

---

[1] *See BirdDog Tech. Ltd. v. 2082 Tech., LLC.*, No. CV 23-09416-CAS (AGRX), 2024 WL 891793, at *1 (C.D. Cal. Jan. 29, 2024) (distinguishing permissible objections to replies from impermissible surreplies).

| | | |
|---|---|---|
| 1 | Dated: Oct. 15, 2024 | Respectfully submitted, |
| 2 | | **HYDEE FELDSTEIN SOTO,** City Attorney |
| 3 | | **TAYLOR C. WAGNIERE,** Deputy City Attorney |
| 4 | | **KABIR CHOPRA,** Deputy City Attorney |
| 5 | | **PATRICK HAGAN,** Deputy City Attorney |

By: _/s/ Patrick Hagan_____
    **PATRICK HAGAN**

Attorneys for Defendant CITY OF LOS ANGELES, which includes the LOS ANGELES DEPARTMENT OF CANNABIS REGULATION; AND MICHELLE GARAKIAN, in her official capacity